PHILLIP A. TALBERT
Acting United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVOLVE SPORTS GROUP, LLC et al.,<br><br>Defendant. | Case No. 5:20-mj-00054-JLT<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and

Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal

Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice and

vacate the status conference set for March 30, 2021 at 2:30 p.m.

DATED:  March 26, 2021                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

                              By:    /s/ Philip N. Tankovich__
                                          PHILIP N. TANKOVICH
                                          Special Assistant U.S. Attorney

1
2

**O R D E R**

3

    IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice

4

and the status conference set for March 30, 2021 at 2:30 p.m. is vacated.

5
6

IT IS SO ORDERED.

7

   Dated:   __**March 26, 2021**__                  __**/s/ Jennifer L. Thurston**__

8

                                           UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2